ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
Priscilla.OBriant@lewisbrisbois.com
MAYRA SALINAS-MENJIVAR
Nevada Bar No.014607
Mayra.Salinas-Menjivar@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*USAA Casualty Insurance Company and*
*United Services Automobile Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

\*\*\*

| | |
|---|---|
| RYAN E. UHLMEYER, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a Texas Corporation; UNITED SERVICES AUTOMOBILE ASSOCIATION, an Unincorporated Association; DOES I-XXX, and ABC CORPORATIONS A-Z, inclusive,<br><br>Defendants. | CASE NO. 3:19-cv-00438-LRH-CLB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

The parties, by and through their undersigned counsel of record, hereby stipulate and agree that the time for Defendants USAA CASUALTY INSURANCE COMPANY ("USAA CIC") and UNITED SERVICES AUTOMOBILE ASSOCIATION ("USAA") (collectively, "Defendants") to file their response to Plaintiffs' First Amended Complaint, said response being due on March 6, 2020, be extended until March 20, 2020.

///

///

4811-7660-2294.1

### Reason for Extension

Because of the complexity and extent of the new allegations and claims made in Plaintiffs' First Amended Complaint, Defendants require additional time to perform an investigation prior to filing a responsive pleading and to respond accordingly. This stipulation is made in good faith and not for the purpose of delay.

This is the first extension of time requested by counsel for filing Defendants response to Plaintiffs' First Amended Complaint.

DATED this 28th day of February, 2020.

LEWIS BRISBOIS BISGAARD & SMITH

/s/

ROBERT W. FREEMAN
Nevada Bar No. 3062
PRISCILLA L. O'BRIANT
Nevada Bar No. 10171
MAYRA SALINAS-MENJIVAR
Nevada Bar No.014607
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants
USAA Casualty Insurance Company and
United Services Automobile Association*

DATED this 28th day of February, 2020.

LEVERTY & ASSOCIATES LAW CHTD.

/s/

PATRICK R. LEVERTY
Nevada Bar No. 8840
WILLIAM R. GINN
Nevada Bar No. 6989
832 Willow Street
Reno, Nevada 89502
*Attorneys for Plaintiff
Ryan E. Uhlmeyer*

### ORDER

IT IS SO ORDERED.

Dated this 2nd day of March, 2020.

_____
United States Magistrate Judge