UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RYAN E. UHLMEYER,<br><br>Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE CO., a Texas Corporation; UNITED SERVICES AUTOMOBILE ASSOCIATION, an Unincorporated Association,<br><br>Defendants. | Case No. 3:19-cv-00438-LRH-CLB<br><br>ORDER |

Plaintiff Ryan Uhlmeyer has filed a renewed motion to remand this action back to Nevada state court. (ECF No. 42). Following the Court's previous order (ECF No. 34), Uhlmeyer filed an amended complaint, which included additional factual allegations regarding the relationship between the defendants. (ECF No. 37). Defendants subsequently withdrew their opposition to Uhlmeyer's motion to remand, agreeing that it should be granted. (ECF No. 41 at 3–4).

IT IS THEREFORE ORDERED that plaintiff Ryan Uhlmeyer's motion to remand (ECF No. 42) is **GRANTED**. The clerk of court shall **REMAND** this action, 3:19-cv-00438-LRH-CLB, to the Second Judicial District for the State of Nevada.

IT IS SO ORDERED.

DATED this 12th day of March 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1